UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 1:15-107 |
| | ) | |
| WILLIAM MARK MCGHEE | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Alex M. Brown,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Alex M. Brown** be granted leave of absence for the following period: **March 10, 2016 through March 14, 2016; April 6, 2016; April 19, 2016 through May 2, 2016 and May 19, 2016 through May 20, 2016.**

This _14th_ day of January, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia