IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 115-107 |
| | * | |
| WILLIAM MARK MCGHEE | * | |

O R D E R

On June 24, 2016, Defendant William Mark McGhee was sentenced to serve a term of imprisonment of 375 months followed by 5 years of supervised release. At present, Defendant has filed a motion to reduce his sentence.

Defendant's motion is submitted on a form indicating that he seeks compassionate release under 18 U.S.C. § 3582(c)(1)(A), yet he clarifies therein that he is not seeking compassionate release. (Doc. 312, at 3.) Otherwise, Defendant cites no authority for the proposition that this Court may reduce a sentence because it seems too harsh and he should be given a "second chance in life." (Id. at 5.)

A sentencing court may not modify a sentence once it has been imposed outside of the three exceptions set forth in 18 U.S.C. § 3582(c). Under the first exception, a court may entertain a motion for compassionate release under certain extraordinary and compelling circumstances. 18 U.S.C. § 3582(c)(1)(A). As stated, Defendant is not relying on this provision, and the Court is

without authority to consider any motion for compassionate release until a defendant exhausts his administrative remedies. The second exception references Rule 35 of the Federal Rules of Criminal Procedure, which allows modification upon motion from the Government for substantial assistance or to correct a computational error within fourteen days of sentencing. 18 U.S.C. § 3582(c)(1)(B). Finally, under the third exception a court may reduce a sentence that was "based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 944(o)." 18 U.S.C. § 3582(c)(2). Defendant has not argued let alone established that he is entitled to relief under the last two exceptions either.

In short, Defendant has failed to establish a basis to invoke this Court's authority to reduce his sentence. Thus, the Clerk is directed to **TERMINATE** Defendant's motion for sentence reduction (Doc. 312) as well as the Government's motion to dismiss Defendant's motion (Doc. 315).

**ORDER ENTERED** at Augusta, Georgia, this 31st day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE